UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2545 |
| This Document Relates to: | ) ) | CASE NO. 1:15-cv-01261 |
| Stephen Eugene Turner | ) ) | Honorable Matthew F. Kennelly |
| Plaintiff, vs. | ) ) ) | |
| Eli Lilly And Company and Lilly USA LLC | ) ) ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the plaintiff, Stephen Eugene Turner, and the defendants, Eli Lilly And Company and Lilly USA LLC, stipulate to a dismissal of this action with prejudice. Each party shall bear its own costs and attorney fees.

By: /s/ David L. Rosenband

    WEITZ & LUXENBERG, P.C.
    David L. Rosenband
    700 Broadway
    New York, NY 10003
    Telephone: (212) 558-5500
    Email: drosenband@weitzlux.com

    *Counsel for Plaintiffs*

By: /s/ David E. Stanley

    REED SMITH LLP
    David E. Stanley
    355 South Grand Avenue
    Suite 2900
    Los Angeles, CA 90071
    Telephone: (213) 457-8000
    Email: dstanley@reedsmith.com

    *Counsel for the defendants*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 12, 2016, the foregoing stipulation was filed using the CM/ECF system, which will send a notice of electronic filing to all parties by operation of the Court's electronic filing system.

    /s/ David L. Rosenband
David L. Rosenband
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Phone: (212) 558-5500
Email: drosenband@weitzlux.com